```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS YEPEZ,

        Plaintiff,

-against-

3RD AVENUE DOLLAR LLC, et al.,

        Defendants.

24-CV-430 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff filed his complaint on January 19, 2024. (Dkt. 1.) Plaintiff served defendant 3rd Ave Dollar LLC (Dkt. 9) by serving the summons and complaint on an authorized person at the New York Department of State's office in Albany on January 29, 2024, making 3rd Ave Dollar's answer due February 20, 2024. Although that date has come and gone, 3rd Ave Dollar LLC has not appeared through counsel and has not filed an answer to the complaint. To date, plaintiff has not requested a certificate of default.

    It is hereby ORDERED that, if 3rd Ave Dollar LLC has not answered or otherwise responded to the complaint before **March 13, 2024**, plaintiff shall, on that date, either file a stipulation granting defendant additional time or apply for entry of default.

Dated: New York, New York
       February 28, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**