```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/5/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS YEPEZ,

        Plaintiff,

-against-

3RD AVENUE DOLLAR LLC, et al.,

        Defendants.

24-CV-430 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff filed his complaint on January 19, 2024. (Dkt. 1.) Plaintiff served defendant Mamat Mazot on February 8, 2024 (Dkt. 11), making Mamat Mazot's answer due February 29, 2024. Although that date has come and gone, Mamat Mazot has not appeared and has not filed an answer to the complaint. To date, plaintiff has not requested a certificate of default.

    It is hereby ORDERED that, if Mamat Mazot has not answered or otherwise responded to the complaint before **March 19, 2024**, plaintiff shall, on that date, either file a stipulation granting defendant additional time or apply for entry of default.

Dated: New York, New York
       March 5, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**