USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS YEPEZ,

    Plaintiff,

-against-

3RD AVENUE DOLLAR LLC, et al.,

    Defendants.

24-CV-430 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

In light of the parties' representation that they have reached a settlement in principle (Dkt. 22), the initial conference scheduled for May 8, 2024 (Dkt. 21), is hereby ADJOURNED *sine die*.

Dated: New York, New York
     April 12, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**