UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS YEPEZ,

             Plaintiff,

  -against-

3RD AVENUE DOLLAR LLC and MAMAT MAZOT.

            Defendants.

24-CV-430 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

    As discussed on the record during yesterday's conference, plaintiff is contemplating dismissing his claims against defendant Mazot (who has never appeared or defended this action, and consequently could not have consented to the jurisdiction of the assigned magistrate judge). If by **June 17, 2024**, plaintiff has not dismissed his claims against defendant Mazot, he must file a status update letter advising the Court as to how he wishes to proceed.

Dated: New York, New York
         June 11, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2024